**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____   Chapter   **7**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **EXPERTIZE MASONRY INC.** | |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 20-5185947 | |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **7874 W. Oakleaf**<br>**Elmwood Park, IL 60707**<br>Number, Street, City, State & ZIP Code | <br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Cook**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | |

| | | |
|---|---|---|
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership<br>☐ Other. Specify: _____ |

Debtor   **EXPERTIZE MASONRY INC.**                                    Case number (*if known*) _____
         Name

**7. Describe debtor's business**   **A.** *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

**B.** *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/.

____

**8. Under which chapter of the Bankruptcy Code is the Debtor filing?**   *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
|----------|-------|------|-------|-------------|-------|
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | **Pawel Walaszek** | Relationship to you | **Owner** |
|--------|---------------------|---------------------|-----------|
| District | **Northern District of Illinois -- Western Division** | When **2/08/16** | Case number, if known **16-** |

| Debtor | **EXPERTIZE MASONRY INC.** | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds** .

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **EXPERTIZE MASONRY INC.**    Case number (*if known*) _____
_____
Name

---

**Request for Relief, Declaration, and Signature**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 8, 2016**
_____
MM / DD / YYYY

**X** **/s/ Pawel Walaszek**                                    **Pawel Walaszek**
_____                       _____
Signature of authorized representative of debtor             Printed name

Title    **President & Secretary**
_____

---

**18. Signature of attorney**

**X** **/s/ Timothy M. Hughes**                    Date    **February 8, 2016**
_____                       _____
Signature of attorney for debtor                             MM / DD / YYYY

**Timothy M. Hughes**
_____
Printed name

**Lavelle Law, Ltd.**
_____
Firm name

**501 W Colfax**
**Palatine, IL 60067**
_____
Number, Street, City, State & ZIP Code

Contact phone    **847.705-9698**    Email address    **thughes@lavellelaw.com**
_____                       _____

**6208982**
_____
Bar number and State

**Fill in this information to identify the case:**

Debtor name     **EXPERTIZE MASONRY INC.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule* _____
- ☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■   Other document that requires a declaration    **Certification of Relatedness**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February  8, 2016**     X **/s/ Pawel Walaszek**

Signature of individual signing on behalf of debtor

**Pawel Walaszek**
Printed name

**President & Secretary**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **EXPERTIZE MASONRY INC.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*........................................................................................ $     **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*...................................................................................... $     **799.77**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*....................................................................................... $     **799.77**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $     **98,000.00**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 6a of *Schedule E/F*............................................ $     **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*............... +$     **91,618.00**

4.  **Total liabilities** .....................................................................................................................................
    Lines 2 + 3a + 3b     $     **189,618.00**

**Fill in this information to identify the case:**

Debtor name    **EXPERTIZE MASONRY INC.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | | Current value of debtor's interest |
|---|---|---|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number

| | | | | |
|---|---|---|---|---|
| 3.1. | **Bank of America** | **Checking** | **6707** | **$219.77** |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $219.77 |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **EXPERTIZE MASONRY INC.**
Name

Case number *(If known)*

---

| Part 5: | Inventory, excluding agriculture assets |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■No.  Go to Part 6.
☐Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■No.  Go to Part 7.
☐Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐No.  Go to Part 8.
■Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Misc. office furniture desk, chair, cabinets, computer, printer, etc.** | **$0.00** | **Liquidation** | **$400.00** |

| 40. | **Office fixtures** |

| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** |

| 42. | **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles |

| 43. | **Total of Part 7.** | | | **$400.00** |

Add lines 39 through 42.  Copy the total to line 86.

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
■No
☐Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■No
☐Yes

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐No.  Go to Part 9.
■Yes Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

Debtor   **EXPERTIZE MASONRY INC.**                          Case number *(If known)*  _____
  Name

| | | | | |
|---|---|---|---|---|
| 47.1.. | **Misc equipment purchased from 2006 to 2009 (Generator -- $100; Martar mixer -- $10; 2 Saws -- $20; Lift broken -- $0; Electric table saw -- $50)** | $0.00 | | $180.00 |
| 47.2.. | **Leased -- Fork Lift: Manitu 9915** | $0.00 | | $0.00 |

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.  **Total of Part 8.**                                          $180.00
     Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ■ No
     ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

     ■ No.  Go to Part 10.
     ☐ Yes Fill in the information below.

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

     ■ No.  Go to Part 11.
     ☐ Yes Fill in the information below.

**Part 11:**   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ■ No.  Go to Part 12.
     ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **EXPERTIZE MASONRY INC.** | Case number *(if known)* |
|--------|---------------------------|--------------------------|
| | Name | |

| Part 12: | Summary |
|----------|---------|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|------------------|-----------------------------------|-------------------------------|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $219.77 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $400.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $180.00 | |
| 88. **Real property.** *Copy line 56, Part 9......................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $799.77 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $799.77 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **EXPERTIZE MASONRY INC.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| **2.1** **Financial Pacific Leasing, Inc**<br>Creditor's Name<br><br>**3455 S. 344th Way #300**<br>**Auburn, WA 98001-9546**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>■No<br>☐Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**Leased -- Fork Lift: Manitu 9915**<br><br><br><br>**Describe the lien**<br>**Lease**<br>**Is the creditor an insider or related party?**<br>■No<br>☐Yes<br>**Is anyone else liable on this claim?**<br>☐No<br>■Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐Contingent<br>☐Unliquidated<br>☐Disputed | $98,000.00 | $0.00 |

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $98,000.00

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
| --- | --- |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| **-NONE-** | Line | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **EXPERTIZE MASONRY INC.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:   List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**2.1**

Priority creditor's name and mailing address
**Illinois Department of Revenue**
**100 W Randolph 7th Floor**
**Bankruptcy Unit**
**Chicago, IL 60601**

Date or dates debt was incurred

Last 4 digits of account number **5947**
Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

Total claim **$0.00**   Priority amount **$0.00**

**2.2**

Priority creditor's name and mailing address
**Illinois Dept of Employment**
**Securit**
**P.O. Box 3637**
**Springfield, IL 62708-3637**

Date or dates debt was incurred

Last 4 digits of account number **5947**
Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

Total claim **$0.00**   Priority amount **$0.00**

Debtor   **EXPERTIZE MASONRY INC.**                                    Case number (if known) _____

Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
**Centralized Insolvency**
**Ooperations**
**POB 7346**
**Philadelphia, PA 19101-7346**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                      Basis for the claim:

Last 4 digits of account                              **Is the claim subject to offset?**
number **5947**
**Specify Code subsection of PRIORITY**               ■ No
**unsecured claim:**
11 U.S.C. § 507(a) (8)                                ☐ Yes

---

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3.   List in alphabetical order all of the creditors with **nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                                                                 **Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**Alexander Derevianko**
**3144 Monticello Avenue**
**# 3**
**Chicago, IL 60618**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:
**Contract dispute**

Date or dates debt was incurred   _____   **Is the claim subject to offset?**

                                                      ■ No
Last 4 digits of account number   _____    ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,318.00 |
|---|---|---|---|

**American Express**
**Po Box 297871**
**Fort Lauderdale, FL 33329**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Credit Card**

Date or dates debt was incurred   **Opened**        **Is the claim subject to offset?**
                                  **10/06/07 Last**
                                  **Active 9/01/13**

                                                      ■ No
Last 4 digits of account number   **3903**            ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**Andrzej Sobczyk**
**4101 North Mason**
**Chicago, IL 60634**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:
**Contract dispute**

Date or dates debt was incurred   _____   **Is the claim subject to offset?**

                                                      ■ No
Last 4 digits of account number   _____    ☐ Yes

---

| Debtor | **EXPERTIZE MASONRY INC.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |
|---|---|---|---|

**Grzegorz Pazdyka**
**8749 West Summerdale Avenue**
**Apt. 3A**
**Chicago, IL 60656**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |
|---|---|---|---|

**Igor Koval**
**613 Stone Brook**
**Elk Grove Village, IL 60007**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |
|---|---|---|---|

**Illinois Department of Labor**
**2309 W. Main St., Suite 115**
**Marion, IL 62959**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **0780**

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,850.00** |
|---|---|---|---|

**Illinois Department of Labor**
**160 N. LaSalle St., Suite C-1300**
**Chicago, IL 60601**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **0780**

---

Debtor   **EXPERTIZE MASONRY INC.**                                   Case number *(if known)* _____
_____
Name

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |

**Illinois Department of Labor**
**900 S. Spring St**
**Springfield, IL 62704**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number   **0780**   ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |

**Jan Ksel**
**5236 West Addison**
**Chicago, IL 60641**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number   _____   ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |

**Jan Markowski**
**6324 West Belmont**
**Chicago, IL 60634**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number   _____   ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |

**Jozef Sagula**
**9759 South Ridgeland**
**Oak Lawn, IL 60453**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number   _____   ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **EXPERTIZE MASONRY INC.**                                Case number *(if known)* _____

Name

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |

**Maciej Dluzniewski**
**380 Monarch Brich Court**
**Bartlett, IL 60103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____    ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |

**Mariusz Galent**
**2917 Scott Street**
**Franklin Park, IL 60131**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____    ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |

**Miesczylsaw Gil**
**5856 West Dakin Street**
**Chicago, IL 60634**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____    ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |

**Mykhaylo Zaletskyy**
**2909 North 77th Avenue**
**Elmwood Park, IL 60707**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____    ☐ Yes

---

Debtor    **EXPERTIZE MASONRY INC.**                                Case number (if known) _____

Name

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |

**Pawel Walaszek**
**6 Wander Way**
**Lake in the Hills, IL 60156**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Wages and salary**

Date or dates debt was incurred    _____    **Is the claim subject to offset?**

■ No

Last 4 digits of account number    _____    ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |

**Petro Grynyuk**
**5737 West School**
**Chicago, IL 60634**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred    _____    **Is the claim subject to offset?**

■ No

Last 4 digits of account number    _____    ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |

**Piotr Kosinski**
**7735 Cronin Avenue**
**Justice, IL 60458**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred    _____    **Is the claim subject to offset?**

■ No

Last 4 digits of account number    _____    ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$597.00** |

**Portfolio Recovery Ass**
**120 Corporate Blvd Ste 1**
**Norfolk, VA 23502**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Factoring Company Account Capital One Bank**
**Us**

Date or dates debt was incurred    **Opened  5/18/15**
**Last Active**
**2/01/14**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number    **8468**    ☐ Yes

---

| Debtor | **EXPERTIZE MASONRY INC.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.20** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,095.00**

**Portfolio Recovery Ass**
**120 Corporate Blvd Ste 1**
**Norfolk, VA 23502**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Factoring Company Account Citibank  N.A.**

Date or dates debt was incurred    **Opened  2/26/15**
**Last Active**
**5/01/13**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **1693**

---

**3.21** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$0.00**

**Robert Radomski**
**10121 Hardford Drive**
**Schiller Park, IL 60176**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$0.00**

**Roman Gwizd**
**5970 South Archer**
**Chicago, IL 60638**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$0.00**

**Roman Trinchuk**
**3200 North Newland**
**Chicago, IL 60634**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

Official Form 206 E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | | Best Case Bankruptcy

Debtor    **EXPERTIZE MASONRY INC.**    Case number (if known) _____
Name

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,689.00 |
|---|---|---|---|

**Syncb/Lowes**
**Po Box 965005**
**Orlando, FL 32896**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Charge Account**

Date or dates debt was incurred    **Opened  9/30/12**
**Last Active**
**2/15/14**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    **6255**

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $68,000.00 |
|---|---|---|---|

**Thomas E. Perez, Secretary of Labor**
**c/o Ms. Elizabeth K. Arumilli**
**230 S. Dearborn St, Rm. 844**
**Chicago, IL 60604**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:
**Contract dispute**

Date or dates debt was incurred    _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    **1745**

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**U.S. Department of Labor**
**c/o Ms. Elizabeth K. Arumilli**
**230 S. Dearborn St, Rm. 844**
**Chicago, IL 60604**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:
**Contract dispute**

Date or dates debt was incurred    **NOTICE ONLY**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    **ILED**

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**Urszula Chrostowska**
**7643 South Odell**
**Bridgeview, IL 60455**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:
**Contract dispute**

Date or dates debt was incurred    _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    _____

---

Debtor    **EXPERTIZE MASONRY INC.**                              Case number (if known) _____
              Name

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 |

**Volodymyr Lisowy**
**1700 Elliot Court**
**Park Ridge, IL 60068**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $14,069.00 |

**Wffnatbank**
**Po Box 94498**
**Las Vegas, NV 89193**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Credit Card**

Date or dates debt was incurred    **Opened 12/05/13  Last Active 12/01/15**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **8387**

---

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 |

**Wojciech Zebrowski**
**9991 Linda Lane**
**#2W**
**Des Plaines, IL 60016**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 |

**Zbigniew Nawrocki**
**6130 West Barry**
**Chicago, IL 60634**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Debtor | **EXPERTIZE MASONRY INC.** | Case number (if known) | |
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts | |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 91,618.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 91,618.00 |

**Fill in this information to identify the case:**

Debtor name        **EXPERTIZE MASONRY INC.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**

    ■No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

    ☐Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal        Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1    State what the contract or lease is for and the nature of the debtor's interest | |
|    State the term remaining | |
|    List the contract number of any government contract | |
| 2.2    State what the contract or lease is for and the nature of the debtor's interest | |
|    State the term remaining | |
|    List the contract number of any government contract | |
| 2.3    State what the contract or lease is for and the nature of the debtor's interest | |
|    State the term remaining | |
|    List the contract number of any government contract | |
| 2.4    State what the contract or lease is for and the nature of the debtor's interest | |
|    State the term remaining | |
|    List the contract number of any government contract | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name        **EXPERTIZE MASONRY INC.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Pawel Walaszek** | **6 Wander Way**<br>**Lake in the Hills, IL 60156** | **Illinois Dept of Employment Securit** | ☐ D _____<br>■ E/F ___2.2___<br>☐ G _____ |
| 2.2 **Pawel Walaszek** | **6 Wander Way**<br>**Lake in the Hills, IL 60156** | **Illinois Department of Revenue** | ☐ D _____<br>■ E/F ___2.1___<br>☐ G _____ |
| 2.3 **Pawel Walaszek** | **6 Wander Way**<br>**Lake in the Hills, IL 60156** | **Internal Revenue Service** | ☐ D _____<br>■ E/F ___2.3___<br>☐ G _____ |
| 2.4 **Pawel Walaszek** | **6 Wander Way**<br>**Lake in the Hills, IL 60156** | **Alexander Derevianko** | ☐ D _____<br>■ E/F ___3.1___<br>☐ G _____ |
| 2.5 **Pawel Walaszek** | **6 Wander Way**<br>**Lake in the Hills, IL 60156** | **Andrzej Sobczyk** | ☐ D _____<br>■ E/F ___3.3___<br>☐ G _____ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **EXPERTIZE MASONRY INC.** | Case number *(if known)* | |

---

<span style="background:black">   </span> **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 **Pawel Walaszek** | 6 Wander Way<br>Lake in the Hills, IL 60156 | Grzegorz Pazdyka | ☐ D ____<br>■ E/F ___3.4___<br>☐ G ____ |
| 2.7 **Pawel Walaszek** | 6 Wander Way<br>Lake in the Hills, IL 60156 | Igor Koval | ☐ D ____<br>■ E/F ___3.5___<br>☐ G ____ |
| 2.8 **Pawel Walaszek** | 6 Wander Way<br>Lake in the Hills, IL 60156 | Jan Ksel | ☐ D ____<br>■ E/F ___3.9___<br>☐ G ____ |
| 2.9 **Pawel Walaszek** | 6 Wander Way<br>Lake in the Hills, IL 60156 | Jan Markowski | ☐ D ____<br>■ E/F ___3.10___<br>☐ G ____ |
| 2.10 **Pawel Walaszek** | 6 Wander Way<br>Lake in the Hills, IL 60156 | Jozef Sagula | ☐ D ____<br>■ E/F ___3.11___<br>☐ G ____ |
| 2.11 **Pawel Walaszek** | 6 Wander Way<br>Lake in the Hills, IL 60156 | Maciej Dluzniewski | ☐ D ____<br>■ E/F ___3.12___<br>☐ G ____ |
| 2.12 **Pawel Walaszek** | 6 Wander Way<br>Lake in the Hills, IL 60156 | Mariusz Galent | ☐ D ____<br>■ E/F ___3.13___<br>☐ G ____ |
| 2.13 **Pawel Walaszek** | 6 Wander Way<br>Lake in the Hills, IL 60156 | Miesczylsaw Gil | ☐ D ____<br>■ E/F ___3.14___<br>☐ G ____ |

| Debtor | **EXPERTIZE MASONRY INC.** | Case number *(if known)* | |
|---|---|---|---|

---

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 **Pawel Walaszek** | **6 Wander Way**<br>**Lake in the Hills, IL 60156** | **Mykhaylo Zaletskyy** | ☐ D _____<br>■ E/F  **3.15**<br>☐ G _____ |
| 2.15 **Pawel Walaszek** | **6 Wander Way**<br>**Lake in the Hills, IL 60156** | **Petro Grynyuk** | ☐ D _____<br>■ E/F  **3.17**<br>☐ G _____ |
| 2.16 **Pawel Walaszek** | **6 Wander Way**<br>**Lake in the Hills, IL 60156** | **Piotr Kosinski** | ☐ D _____<br>■ E/F  **3.18**<br>☐ G _____ |
| 2.17 **Pawel Walaszek** | **6 Wander Way**<br>**Lake in the Hills, IL 60156** | **Robert Radomski** | ☐ D _____<br>■ E/F  **3.21**<br>☐ G _____ |
| 2.18 **Pawel Walaszek** | **6 Wander Way**<br>**Lake in the Hills, IL 60156** | **Roman Gwizd** | ☐ D _____<br>■ E/F  **3.22**<br>☐ G _____ |
| 2.19 **Pawel Walaszek** | **6 Wander Way**<br>**Lake in the Hills, IL 60156** | **Roman Trinchuk** | ☐ D _____<br>■ E/F  **3.23**<br>☐ G _____ |
| 2.20 **Pawel Walaszek** | **6 Wander Way**<br>**Lake in the Hills, IL 60156** | **Thomas E. Perez,**<br>**Secretary of Labor** | ☐ D _____<br>■ E/F  **3.25**<br>☐ G _____ |
| 2.21 **Pawel Walaszek** | **6 Wander Way**<br>**Lake in the Hills, IL 60156** | **U.S. Department of**<br>**Labor** | ☐ D _____<br>■ E/F  **3.26**<br>☐ G _____ |

| Debtor | **EXPERTIZE MASONRY INC.** | | Case number *(if known)* | |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.22 | **Pawel Walaszek** | **6 Wander Way**<br>**Lake in the Hills, IL 60156** | **Urszula Chrostowska** | ☐ D _____<br>■ E/F   **3.27**<br>☐ G _____ |
| 2.23 | **Pawel Walaszek** | **6 Wander Way**<br>**Lake in the Hills, IL 60156** | **Volodymyr Lisowy** | ☐ D _____<br>■ E/F   **3.28**<br>☐ G _____ |
| 2.24 | **Pawel Walaszek** | **6 Wander Way**<br>**Lake in the Hills, IL 60156** | **Wojciech Zebrowski** | ☐ D _____<br>■ E/F   **3.30**<br>☐ G _____ |
| 2.25 | **Pawel Walaszek** | **6 Wander Way**<br>**Lake in the Hills, IL 60156** | **Zbigniew Nawrocki** | ☐ D _____<br>■ E/F   **3.31**<br>☐ G _____ |
| 2.26 | **Pawel Walaszek** | **6 Wander Way**<br>**Lake in the Hills, IL 60156** | **Financial Pacific<br>Leasing, Inc** | ■ D   **2.1**<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name      **EXPERTIZE MASONRY INC.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     **12/15**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2016** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$0.00** |
| **For prior year:**<br>From  **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | **$14,440.00** |
| **For year before that:**<br>From **1/01/2014** to **12/31/2014** | ■ Operating a business<br>☐ Other _____ | **$358,811.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Debtor   **EXPERTIZE MASONRY INC.**                          Case number *(if known)* _____

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Pawel Walaszek**<br>**6 Wander Way**<br>**Lake in the Hills, IL 60156**<br>**Owner, Director, President, Secretary** | **NONE** | **$0.00** | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Thomas E. Perez, Secretary of Labor**<br>**United States Department of Labor**<br>**v.**<br>**Expertize Masonry, Inc. and and Pawel Walaszek**<br>**1:15-cv-1745** | **Labor dispute** | **UNITED STATES DISTRICT COURT**<br>**NORTHERN DISTRICT OF ILLINOIS - E.D**<br>**219 S. Dearborn, 2710**<br>**Chicago, IL 60604** | ■ Pending<br>☐On appeal<br>☐Concluded |
| 7.2. **Jan Markowski**<br>**v.**<br>**Pawel Walaszek and Expertize Masonry, Inc.**<br>**14-001428** | **Wage claim** | **Illinois Department of Labor**<br>**160 N. LaSalle St., Suite C-1300**<br>**Chicago, IL 60601** | ■ Pending<br>☐On appeal<br>☐Concluded |
| 7.3. **Andrzej Sobczyk & Jan Markowski**<br>**v.**<br>**Expertize Masonry, Inc.**<br>**2015-CA-WA07-0780** | **Wage claim** | **Illinois Department of Labor**<br>**160 N. LaSalle St., Suite C-1300**<br>**Chicago, IL 60601** | ■ Pending<br>☐On appeal<br>☐Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of

| Debtor | EXPERTIZE MASONRY INC. | Case number *(if known)* | |
|---|---|---|---|

a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■None.

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Lavelle Law<br>501 W. Colfax<br>Palatine, IL 60067** | | **1/2016** | **$2,000.00** |
| | **Email or website address<br>www.lavellelaw.com** | | | |
| | **Who made the payment, if not debtor?<br>Pawel Walaszek, Owner** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **EXPERTIZE MASONRY INC.**                                          Case number *(if known)* _____

☐ None.

| Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|
| 13.1<br>. **Expertize Masonry<br>Construction, Inc**<br>6 Wander Way<br>Lake in the Hills, IL 60156 | **misc. equipment** | **6/2014** | **$2,000.00** |
| **Relationship to debtor**<br>**Spouse's company** | | | |

---

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

Debtor    **EXPERTIZE MASONRY INC.**                                    Case number *(if known)*   _____

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:**    **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■None

**Part 12:**    **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■    No.
☐    Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

Debtor   **EXPERTIZE MASONRY INC.**                                    Case number *(if known)* _____

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **ANETA SWIERBUTOWSKA**<br>**Best Pol Tax & Accounting Inc.**<br>**7713 W Belmont Ave**<br>**Elmwood Park, IL 60707** | **2014 to present** |

    26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

    ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.   **ANETA SWIERBUTOWSKA**<br>**Best Pol Tax & Accounting Inc.**<br>**7713 W Belmont Ave**<br>**Elmwood Park, IL 60707** | **2014 to present** |

    26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

    ☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Pawel Walaszek**<br>**6 Wander Way**<br>**Lake in the Hills, IL 60156** | |

    26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

    ■ None

| Debtor | **EXPERTIZE MASONRY INC.** | Case number *(if known)* |
|--------|---------------------------|--------------------------|

**Name and address**

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Pawel Walaszek | 6 Wander Way<br>Lake in the Hills, IL 60156 | President & Secretary, Owner | 100% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1<br>. | Pawel Walaszek<br>6 Wander Way<br>Lake in the Hills, IL 60156 | | | |
| | Relationship to debtor<br>Owner, Director, President,<br>Secretary | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **EXPERTIZE MASONRY INC.**                                    Case number *(if known)* _____

connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February  8, 2016**

**/s/ Pawel Walaszek**                                    **Pawel Walaszek**
Signature of individual signing on behalf of the debtor                  Printed name

Position or relationship to debtor    **President & Secretary**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■No
☐Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **EXPERTIZE MASONRY INC.**      Case No. _____

                         Debtor(s)          Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $     **2,000.00** |
   | Prior to the filing of this statement I have received | $     **2,000.00** |
   | Balance Due | $     **0.00** |

2. The source of the compensation paid to me was:

   ☐ Debtor     ■ Other (specify):   **Pawel Walaszek, Owner**

3. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
   **Exemption planning; preparation and filing of reaffirmation agreements and applications as needed.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Negotiations with secured creditors to reduce to market value; representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding and preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**February  8, 2016**            **/s/ Timothy M. Hughes**
*Date*                          **Timothy M. Hughes 6208982**
                                *Signature of Attorney*
                                **Lavelle Law, Ltd.**
                                **501 W Colfax**
                                **Palatine, IL 60067**
                                **847.705-9698  Fax: 847.241-1702**
                                **thughes@lavellelaw.com**
                                *Name of law firm*

# United States Bankruptcy Court
## Northern District of Illinois

In re  **EXPERTIZE MASONRY INC.**

Debtor(s)

Case No.

Chapter  **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:    **34**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **February  8, 2016**

**/s/ Pawel Walaszek**
**Pawel Walaszek/President & Secretary**
Signer/Title

Alexander Derevianko
3144 Monticello Avenue
# 3
Chicago, IL 60618


American Express
Po Box 297871
Fort Lauderdale, FL 33329


Andrzej Sobczyk
4101 North Mason
Chicago, IL 60634


Financial Pacific Leasing, Inc
3455 S. 344th Way #300
Auburn, WA 98001-9546


Grzegorz Pazdyka
8749 West Summerdale Avenue
Apt. 3A
Chicago, IL 60656


Igor Koval
613 Stone Brook
Elk Grove Village, IL 60007


Illinois Department of Labor
160 N. LaSalle St., Suite C-1300
Chicago, IL 60601


Illinois Department of Labor
900 S. Spring St
Springfield, IL 62704


Illinois Department of Labor
2309 W. Main St., Suite 115
Marion, IL 62959


Illinois Department of Revenue
100 W Randolph 7th Floor
Bankruptcy Unit
Chicago, IL 60601

Illinois Dept of Employment Securit
P.O. Box 3637
Springfield, IL 62708-3637


Internal Revenue Service
Centralized Insolvency Ooperations
POB 7346
Philadelphia, PA 19101-7346


Jan Ksel
5236 West Addison
Chicago, IL 60641


Jan Markowski
6324 West Belmont
Chicago, IL 60634


Jozef Sagula
9759 South Ridgeland
Oak Lawn, IL 60453


Maciej Dluzniewski
380 Monarch Brich Court
Bartlett, IL 60103


Mariusz Galent
2917 Scott Street
Franklin Park, IL 60131


Miesczylsaw Gil
5856 West Dakin Street
Chicago, IL 60634


Mykhaylo Zaletskyy
2909 North 77th Avenue
Elmwood Park, IL 60707


Pawel Walaszek
6 Wander Way
Lake in the Hills, IL 60156


Petro Grynyuk
5737 West School
Chicago, IL 60634

Piotr Kosinski
7735 Cronin Avenue
Justice, IL 60458


Portfolio Recovery Ass
120 Corporate Blvd Ste 1
Norfolk, VA 23502


Robert Radomski
10121 Hardford Drive
Schiller Park, IL 60176


Roman Gwizd
5970 South Archer
Chicago, IL 60638


Roman Trinchuk
3200 North Newland
Chicago, IL 60634


Syncb/Lowes
Po Box 965005
Orlando, FL 32896


Thomas E. Perez, Secretary of Labor
c/o Ms. Elizabeth K. Arumilli
230 S. Dearborn St, Rm. 844
Chicago, IL 60604


U.S. Department of Labor
c/o Ms. Elizabeth K. Arumilli
230 S. Dearborn St, Rm. 844
Chicago, IL 60604


Urszula Chrostowska
7643 South Odell
Bridgeview, IL 60455


Volodymyr Lisowy
1700 Elliot Court
Park Ridge, IL 60068


Wffnatbank
Po Box 94498
Las Vegas, NV 89193

Wojciech Zebrowski
9991 Linda Lane
#2W
Des Plaines, IL 60016


Zbigniew Nawrocki
6130 West Barry
Chicago, IL 60634

# United States Bankruptcy Court
## Northern District of Illinois

In re   **EXPERTIZE MASONRY INC.**

Debtor(s)

Case No.

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **EXPERTIZE MASONRY INC.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Pawel Walaszek**
**6 Wander Way**
**Lake in the Hills, IL 60156**

☐None [*Check if applicable*]

February  8, 2016

Date

/s/ Timothy M. Hughes

**Timothy M. Hughes 6208982**

Signature of Attorney or Litigant
Counsel for   **EXPERTIZE MASONRY INC.**
**Lavelle Law, Ltd.**
**501 W Colfax**
**Palatine, IL 60067**
**847.705-9698 Fax:847.241-1702**
**thughes@lavellelaw.com**